

> This request is GRANTED. The pre-settlement and settlement conferences are adjourned. Counsel for all Parties are directed, via conference call, to call this Court's chambers between 11:00 AM and 1:00 PM on April 3, 2025. During the April 3rd call, the Court and counsel will select dates to reschedule the conferences. The Parties should have their availability for future conference dates readily accessible during the call. SO ORDERED.
>
> _____
> JENNIFER E. WILLIS
> United States Magistrate Judge
> April 2, 2025

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Potapova v. Experian Information Solutions Inc.,** *et al*.
           **Case No. 1:24-cv-06703-JMF (S.D.N.Y.)**
           <u>**Updated Stipulated Motion to Adjourn Settlement Conference**</u>

Dear Judge Willis:

    This Firm represents Defendant Equifax Information Services LLC ("Equifax") in the above-referenced action. Consistent with Your Honor's Individual Practices, we write to respectfully request an adjournment of the initial settlement conference, scheduled for April 8, 2025. We make this request with the consent of all parties.

    Pursuant to the Court's February 18, 2025 Minute Entry, a settlement conference was scheduled for 11:30 a.m. on April 8, 2025. Since that order was entered, the deadlines have been extended by sixty (60) days (ECF No. 36). Accordingly, the parties request an adjournment of the settlement conference currently scheduled for April 8, 2025, and propose the following alternative dates: May 13, May 14, and May 16.

    This is the Parties' first request for an adjournment of the settlement conference. This request is made in good faith and not to cause undue delay. If granted, this request will not impact any other scheduled dates.

    We thank the Court for its consideration of this request.

                                                                Respectfully submitted,

                                                               SEYFARTH SHAW LLP

                                                               */s/ Adam T. Hill*

                                                               Adam T. Hill

cc:    All Counsel (via ECF)