**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IULIIA POTAPOVA,

                      Plaintiff,                           **ORDER**

                -against-                       **24-CV-6703 (JMF) (JW)**

EXPERIAN INFORMATION SOLUTIONS
INC., *et al.*,

                      Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      A settlement conference was held in this matter on May 27, 2025. A settlement between Plaintiff and Defendant Experian Information Solutions Inc. was not reached. Those Parties are reminded that the fact discovery deadline of **July 28, 2025,** and the expert discovery deadline of **September 8, 2025,** both set by Judge Furman remain in place. Dkt. No. 45. Unless otherwise ordered, all future correspondence with the Court should be addressed to Judge Furman.

      SO ORDERED.

DATED:    New York, New York
               May 30, 2025

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge