UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IULIIA POTAPOVA,                                                   :
:
Plaintiff,                                                         :
:                    24-CV-6703 (JMF)
-v-                                                                :
:                    ORDER
EXPERIAN INFORMATION SOLUTIONS INC., et al.,                       :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today, fact discovery is now closed and expert discovery will close on **September 8, 2025**.  Plaintiff shall file any motion for summary judgment no later than thirty days after the close of expert discovery — i.e., by **October 8, 2025**. Defendant's opposition and cross motion shall be filed by **November 7, 2025**.  Plaintiff's reply and opposition shall be filed by **December 8, 2025**.  Defendant's reply shall be filed by **December 22, 2025**.  All other deadlines set forth in the Case Management Plan, ECF No. 30, remain in effect.

      SO ORDERED.

Dated: August 4, 2025
      New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge