UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IULIIA POTAPOVA,                                                  :
:
                        Plaintiff,                                :
:                    24-CV-6703 (JMF)
        -v-                                                       :
:                        ORDER
EXPERIAN INFORMATION SOLUTIONS INC., et al.,                      :
:
                        Defendants.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated in the Court's previous Order, ECF No. 56, Plaintiff's deadline for filing any motion for summary judgment was October 8, 2025. Plaintiff has not filed a motion for summary judgment. Unless and until the Court orders otherwise, all existing dates and deadlines for summary judgment motions remain in effect. Thus, Defendant shall file any motion for summary judgment by **November 7, 2025**, Plaintiff's opposition shall be filed by **December 8, 2025**, and Defendant's reply shall be filed by **December 22, 2025**.

      In the absence of any defense motion, the parties shall submit a proposed joint pretrial order and associated materials (in accordance with Section 6 of the Court's Individual Rules and Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman) by **November 7, 2025**.

      SO ORDERED.

Dated: October 9, 2025
      New York, New York
                                                  JESSE M. FURMAN
                                                United States District Judge